IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
        v.                )    CRIMINAL NO. 1:15-CR-10389-IT
                          )
DAVID LANDRY              )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE LATE RESPONSE**

On August 14, 2020, Landry filed a motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A). On August 17, 2020, the Court ordered the government to file any response by August 24, 2020.

The undersigned was responsible for preparing the government's response. I was on vacation part of that week and working from a remote location during the rest. I neglected to record the date in my calendar, and forgot about the response upon my return to the district, until it was brought to my attention today. I have prepared a response this afternoon. I apologize to the Court and the defendant for the oversight and regret the error.

For all the foregoing reasons, the Court should grant leave to file the government's response late.

                                  Respectfully submitted,

                                  ANDREW E. LELLING
                                United States Attorney

By:

                                */s/ Theodore B. Heinrich*
                                THEODORE B. HEINRICH
                                Asst. U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

|  |  |
|---|---|
| | */s/ Theodore B. Heinrich* |
| | THEODORE B. HEINRICH |
| September 1, 2020 | Assistant U.S. Attorney |